**FILED**
MAR 06 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR676-W |
| Plaintiff, | INFORMATION |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of cocaine (Felony) |
| ANGEL VAZQUEZ-TOLEDO, | |
| Defendant. | |

The United States Attorney charges:

On or about February 7, 2008, within the Southern District of California, defendant ANGEL VAZQUEZ-TOLEDO, did knowingly and intentionally import [5 kilograms or more, to wit:] approximately 35.38 kilograms (77.84 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: March 6, 2008.

KAREN P. HEWITT
United States Attorney

JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:rp:Imperial

3/5/08