Francisco León, Esq.
**FRANCISCO LEÓN, P.C.**
177 North Church Ave., Suite 911
Tucson, Arizona 85701
(520) 620-1800
FAX (520) 624-5586
State Bar No: 6578
Pima County Bar No. 3392406

FILED
MAR 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE THOMAS J. WHELAN)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 2008-00676 |
| Plaintiff, ) | |
| vs. ) | |
| ANGEL VAZQUEZ-TOLEDO, ) | SUBSTITUTION OF ATTORNEY |
| Defendant. ) | |

Angel Vazquez-Toledo, above-named defendant, hereby substitutes Francisco León as his attorney of record. Previous counsel is relieved of all responsibility in this case.

DATED: 3/17/08

_Angel Vazquez-Toledo_
Angel Vazquez-Toledo

DATED: 3/17/08

_Francisco León_
Francisco León, substituting attorney

DATED: 3/17/08

_Norma Aguilar_
Norma Aguilar, current attorney

1  //
2  SO ORDERED,
3
4  DATED: __3/17/08__
                                            _____
                                            Hon. Thomas Whelan
5                                           United States District Judge