1  KAREN P. HEWITT
   United States Attorney
2  GEORGE V. MANAHAN
   Assistant United States Attorney
3  California State Bar No. 239130
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  (619) 557-7174 (Phone)          (619) 235-2757 (Fax)
   E-mail: George.Manahan@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,          )    Criminal Case No. 08-cr-0676-W
                                      )
11              Plaintiff,            )
                                      )    NOTICE OF APPEARANCE
12         v.                         )
                                      )
13 ANGEL VAZQUEZ-TOLEDO,              )
                                      )
14              Defendant.            )
                                      )
15

16 TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17         I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18         I certify that I am admitted to practice in this court or authorized to practice under CivLR

19 83.3.c.3-4.

20         Effective this date, the following attorneys are no longer associated with this case and should

21 not receive any further Notices of Electronic Filings relating to activity in this case:

22         U S Attorney CR.

23         Please feel free to call me if you have any questions about this notice.

24         DATED: May 2, 2008.

25                                              KAREN P. HEWITT
                                                United States Attorney
26

27                                              s/ *George V. Manahan*
                                                George V. Manahan
28                                              Assistant United States Attorney

                                                                          08-cr-0676-W

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                       )<br>          Plaintiff, )<br>                                       )<br>   v.                                  )<br>                                     )<br>ANGEL VAZQUEZ-TOLEDO, )<br>                                     )<br>          Defendant. )<br>_____) | Criminal Case No. 08-cr-0676-W<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

     I, George Manahan, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

     I am not a party to the above-entitled action. I hereby certify that I have caused to be mailed the foregoing NOTICE OF APPEARANCE by the United States Postal Service to the following non-ECF participants on this case:

     1.     Francisco Leon
            Francisco Leon P.C.
            177 North Church Avenue
            Suite 911
            Tucson, AZ 85701-1120
            Attorney for Defendant

the last known address, at which place there is delivery service of mail from the United States Postal Service.

     I declare under penalty of perjury that the foregoing is true and correct.

     EXECUTED on May 2, 2008.

                                                     s/ *George V. Manahan*
                                                     GEORGE V. MANAHAN