Francisco León
**Francisco León, P.C.**
177 N. Church Ave.
Suite 911
Tucson, Arizona 85701-1120
Az. Bar: 006578
Pima County Bar: 33924
520-620-1800
FAX 520-624-5586
azcrimlaw@gmail.com

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

# (HONORABLE THOMAS J. WHELAN)

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) Case No.: 08-CR—00676-001-TJW ) |
| Plaintiff, | ) **DEFENDANT'S MOTION TO** ) **CONTINUE SENTENCING FOR** ) **30 DAYS** |
| vs. | ) ) |
| **ANGEL VAZQUEZ-TOLEDO**, | ) ) |
| Defendant | ) |

   Defendant Angel Vazquez-Toledo, by and through his counsel undersigned, moves the Court to issue its order continuing the sentencing in the above-captioned matter for a period of 30 days or as soon thereafter as is convenient for the Court and parties.

   This motion is made on the grounds that the Defendant was unable to establish his qualification for "safety valve" treatment until June 18, 2008, when he was made available for interview by the United States Attorney's Office.

AUSA George Manahan, the Assistant United States Attorney handling this matter, has stated to undersigned counsel that he will notify the Court and Probation Office that Mr. Vazquez-Toledo has fulfilled the requirements to qualify him for "safety valve" treatment.

Undersigned counsel, however, requires additional time to prepare and submit a Sentencing Memorandum prior to sentencing which includes the "safety valve" consideration.

Undersigned counsel is authorized to state that AUSA George Manahan takes no position with regard to this motion or any order based thereon.

For all the forgoing reasons, the sentencing in this matter should be continued from June 23, 2008 for a period of 30 days or as soon thereafter as is convenient for the Court and parties.

Submitted this 19th day of June, 2008.

**FRANCISCO LEÓN, P.C.**

*/s/Francisco León*
**Francisco Leon**
**azcrimlaw@gmail.com**

Copies of the forgoing mailed/electronically delivered this 19th day of June, 2008 to the following:

George Manahan
Assistant United States Attorney

Carolyn M. Casutt
Probation Officer

Andrew Nietor
Local Counsel for Defendant

Angel Vazquez-Toledo

DEFENDANT'S MOTION TO CONTINUE
SENTENCING FOR 30 DAYS; Page 2