Francisco León
**Francisco León, P.C.**
177 N. Church Ave.
Suite 911
Tucson, Arizona 85701-1120
Az. Bar: 006578
Pima County Bar: 33924
520-620-1800
FAX 520-624-5586
azcrimlaw@gmail.com

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

# (HONORABLE THOMAS J. WHELAN)

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 08-CR—00676-001-TJW |
| Plaintiff, | **CERTIFICATE OF SERVICE OF DEFENDANT'S MOTION TO CONTINUE SENTENCING FOR 30 DAYS** |
| vs. | |
| **ANGEL VAZQUEZ-TOLEDO,** | |
| Defendant | |

      Counsel for Defendant certifies that the foregoing Motion to Continue Sentencing is true and accurate to the best information and belief, and that a copy of the Defendant Motion to Continue Sentencing For 30 Days filed on June 19, 2008 has been caused to be delivered this 21st day of June, 2008 upon:

      Courtesy Copy to Chambers

      Copy to Assistant U.S. Attorney via ECF NEF

CERTIFICATE OF SERVICE OF DEFENDANT'S MOTION
TO CONTINUE SENTENCING FOR 30 DAYS; Page 1

1  Submitted this 21st day of June, 2008.

2                                                    **FRANCISCO LEÓN, P.C.**

3

4                                                    ***/s/Francisco León***
                                                     **Francisco Leon**
                                                     **azcrimlaw@gmail.com**
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE OF DEFENDANT'S MOTION
TO CONTINUE  SENTENCING FOR 30 DAYS; Page 2